UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD SMITH, | ) | CASE NO. CV 12-3405-JST (PJW) |
|         Petitioner, | ) ) ) | J U D G M E N T |
|    v. | ) ) | |
| S. SULLIVAN, | ) ) | |
|         Respondent. | ) ) | |

    Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:    September 29, 2013.


**JOSEPHINE STATON TUCKER**
_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd